IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01145-DME-MEH

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a GENERAL STEEL CORPORATION, a Colorado Limited Liability Company,

      Plaintiff;

v.

STEELWISE, LLC, a Colorado limited liability company,
HAROLD G. DONAHUE, individually,
TIMOTHY MCKENNA, individually,
DANA BEERS, individually,
SUE BEERS, individually, and
KIRK JARVIS, individually,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 17, 2007.**

      Defendants' Motion to Strike the Scheduling Order Filed by the Plaintiff [Filed August 14, 2007; Docket #26] is **denied**. As an initial matter, Defendants' Motion fails to comply with D.C.Colo.L.Civ.R. 10.1. In addition, the Court will address all disputed matters in the proposed Scheduling Order at the Scheduling Conference and will make any changes the Court sees fit before entering the Scheduling Order on the record. It is because of this process that the Court requires the proposed Scheduling Order to be emailed to Chambers in a usable format prior to the Conference.

      Nevertheless, the Court will entertain any allegations of wrongdoing and any arguments regarding appropriate sanctions at the Scheduling Conference.