IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 07-cv-01145-DME-KMT | FTR |
| **Date:** February 21, 2008 | Debra Nawls, Deputy Clerk |
| GENERAL STEEL DOMESTIC SALES, LLC | David Fein<br>Richard Taub |
| Plaintiff(s), | |
| v. | |
| STEELWISE, LLC, et al. | Richard G. Olona<br>Harry Donahue (Client) |
| Defendant(s). | Tim McKenna (pro se) |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 8:34 a.m.**

Court calls the case. Appearances of Counsel.

Discussion regarding [70] First MOTION for Protective Order by Plaintiff.

Statements by Defendant's Counsel.

Statements by Plaintiff's Counsel.

Statement by Tim McKenna, pro se.

**ORDERED:** [70] First MOTION for Protective Order by Plaintiff is **GRANTED in part** as specified on the record.

**ORDERED:** Plaintiff's counsel shall provide documents to Defendant's counsel and Tim McKenna on or before February 27, 2008 and file an Amended Proposed Protective Order.

**ORDERED:** The deadline to disclose Rebuttal Experts is extended to March 27, 2008.

**Court in recess : 9:18 a.m.**
Total In-Court Time 0:24; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.