| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Darlene Martinez | Date: February 21, 2008 |

Civil Action No.: 07-cv-01145-DME-KMT

| *Parties:* | *Counsel:* |
|---|---|
| GENERAL STEEL DOMESTIC SALES, LLC, d/b/a GENERAL STEEL CORPORATION, a Colorado Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>STEELWISE, LLC, a Colorado Limited Liability Company, HAROLD G. DONAHUE, individually, TIMOTHY MCKENNA, individually, DANA BEERS, individually, SUE BEERS, individually and KIRK JARVIS, individually.<br><br>    Defendants. | Richard F. Taub<br>David Fein<br><br><br><br><br><br><br><br>Richard G. Olona<br>Tim McKenna (*Pro se*) |

## COURTROOM MINUTES

HEARING: Motions

**10:05 a.m.**     **Court in session**.

Court calls case. Appearances of counsel. Also present are counsel for interested parties in case no. 07-cv-02170-LTB, Thomas Kelley, and Mark D. Flink.

The Court grants Mr. Kelley's request that all defendants and individuals affiliated in the 07-cv-02170-LTB case, be referred to as the BBB so all 30 defendants will not have to be named during today's hearing.

Mr. Flink states the defendants that he represents in the 07-cv-02170-LTB case.

Preliminary remarks by the Court.

Discussion regarding consolidation of the parties in the two cases; 07-cv-01145-DME-MEH and 07-cv-02170-LTB.

10:08 a.m.     Argument by Mr. Taub.

Questions by the Court regarding Shawn Mitchell, who represents Kirk Jarvis, Sue Beers, and Dana Beers.  Counsel state they have had difficulty in contacting Mr. Mitchell.

The Court questions opposing counsel and Mr. McKenna regarding consolidation.

10:17 a.m.     Argument by Mr. Olona.

10:19 a.m.     Argument by Mr. McKenna.

Counsel present argument including information in cases from Eastern District of California and Jefferson County District Court.

10:20 a.m.     Argument by Mr. Kelley.  Questions by the Court.

10:31 a.m.     Argument by Mr. Flink.  Questions by the Court.

10:37 a.m.     Further argument by Mr. Olona.

10:38 a.m.     Further argument by Mr. Flink.

Counsel discuss discovery and depositions between the two cases.

10:41 a.m.     Rebuttal argument by Mr. Taub.

10:45 a.m.     Rebuttal argument by Mr. Olona.

The Court advises Mr. McKenna regarding traditional and customary expectations when addressing the Court.

10:46 a.m.   Further argument by Mr. Kelley.

10:47 a.m.   Conclusions and rulings by the Court.

**ORDERED:** **Motion To Consolidate Actions (Filed 1/18/08; Doc. No. 74) is GRANTED.**

**ORDERED:** **The BBB Defendants' Notice Of Motion And Motion To Stay Pursuant To *Colorado River* Abstention Doctrine; (Civil Action No. 07-cv-02170-LTB; Filed 10/15/07; Doc. No. 8, part 26) is taken UNDER ADVISEMENT.**

Discussion regarding a stay of discovery.

**ORDERED:** **Discovery shall be stayed in the consolidated matters of 07-cv-01145-DME-KMT, and 07-cv-02170-LTB-MEH, until further notice by the Court.**

The Court advises counsel that upon resolution of the *Colorado River* Abstention matter, the stay may be lifted. The parties shall be referred to Magistrate Judge Tafoya to work on a new discovery schedule.

**10:56 a.m.   Court in recess.**
Hearing concluded.
Total in-court time: 51 minutes