IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01145-DME-KMT

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a GENERAL STEEL CORPORATION, a Colorado Limited Liability Company,

      Plaintiff,

v.

STEELWISE, LLC, a Colorado limited liability company,
HAROLD G. DONAHUE, individually,
TIMOTHY MCKENNA, individually,
DANA BEERS, individually,
SUE BEERS, individually, and
KIRK JARVIS, individually,

      Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Unopposed Motion to Stay Rebuttal Expert Disclosures" (#111, filed March 19, 2008) is GRANTED. Rebuttal Expert Disclosures are hereby STAYED until further notice by the court.

Dated: March 28, 2008