IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01145-DME-KMT

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a GENERAL STEEL CORPORATION, a Colorado Limited Liability Company,

      Plaintiff,

v.

STEELWISE, LLC, a Colorado limited liability company,
HAROLD G. DONAHUE, individually,
TIMOTHY MCKENNA, individually,
DANA BEERS, individually,
SUE BEERS, individually, and
KIRK JARVIS, individually,

      Defendants.

## ORDER

This matter is before the court on the parties' "Joint Stipulation and Motion for Stay and Extension of Time for Defendants to Respond to Plaintiff's Claims" [Doc. No. 115, filed April 28, 2008. Having reviewed the arguments of counsel and the proposals for responses suggested by the parties, the court finds the parties' position is well founded. Therefore, the court

      ORDERS:

      1.      The time within which any defendant will be required to answer or otherwise respond to plaintiff's allegations contained in the First Amended Complaint (originally filed in Case No. 07-cv-02170) is STAYED pending court resolution of Doc. No. 116, "Plaintiff's

Motion for Leave to Amend Caption and to File Second Amended Complaint" (hereinafter "Motion to Amend"). This stay will expire immediately upon the docketing of a court ruling on the Motion to Amend.

2. Defendants shall respond to the Motion to Amend on or before **May 20, 2008.** Plaintiff shall reply to any response(s) on or before **June 4, 2008.**

3. Subsequent to the court's docketed ruling on the Motion to Amend, the court further ORDERS:

    a. In the event the Motion to Amend is denied, the defendants who have not already done so shall answer or otherwise respond to the First Amended Complaint within twenty (20) days of the date of the court's ruling; or

    b. In the event the Motion to Amend is granted, all defendants shall answer or otherwise respond to the Second Amended Complaint within twenty (20) days of the date of the court's ruling.

Dated this 13th day of May, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge