## United States Bankruptcy Court
### District of Colorado

IN RE:  
Donahue, Harold G. & Donahue, Maureen  
Debtor(s)

Case No. **08-19785**  
Chapter **7**

TO:

General Steel Domestic Sales  
C/O David S. Fein  
2300 15th St., Ste. 320  
Denver, CO 80202

### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on **7/08/2008**, in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;
(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;
(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;
(4) any act to create, perfect, or enforce any lien against property of the estate;
(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;
(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;
(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and
(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the **8th** day of **July**, **2008** I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.

Lance J. Goff 27301  
Goff & Goff  
3015 47th St. Ste. E1  
Boulder, CO 80301



EXHIBIT A