IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE DAVID M. EBEL**

Civil Action No. 07-cv-01145-DME-KMT

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a GENERAL STEEL CORPORATION, a Colorado Limited Liability Company,

    Plaintiff,

v.

STEELWISE, LLC, a Colorado Limited Liability Company,
HAROLD G. DONAHUE, individually,
TIMOTHY MCKENNA, individually,
DANA BEERS, individually,
SUE BEERS, individually, and
KIRK JARVIS, individually.

    Defendants.

and

---

Civil Action No. 07-cv-02170-DME-KMT

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a GENERAL STEEL CORPORATION, a Colorado Limited Liability Company,

    Plaintiff,

v.

DENVER BOULDER BETTER BUSINESS BUREAU, et. al.

    Defendants.

---

**ORDER**

---

    Now before the Court are two motions filed by Plaintiff General Steel Domestic Sales d/b/a General Steel Corp. ("General Steel"); the first seeks leave to file a second

amended complaint, as resubmitted, and the second asks the court to amend the case's caption to reflect the contents of the second amended complaint.

By way of background, this court denied General Steel's first motion to submit a second amended complaint and directed General Steel to resubmit a substantially pared second amended complaint.  See Dkt. # 126 (Order dated June 20, 2008). General Steel has done so and the defendants who have responded to the General Steel's resubmitted second amended complaint do not object to the filing of the resubmitted second amended complaint.  See Dkt. # 139 (Aug. 8, 2008) & # 142 (Aug. 8, 2008).  Accordingly, the court **GRANTS** General Steel's motion for leave to file the second amended complaint attached to General Steel's filing of July 21, 2008.

Furthermore, the court **GRANTS** General Steel's motion to amend the caption to reflect the defendants named in the second amended complaint.  The court also **DENIES** as moot, without prejudice to refiling, the motion to dismiss filed by Defendants Kirk Jarvis, Dana Beers, and Sue Beers, see Dkt. # 43 (September 4, 2007), and instructs all defendants either to answer the second amended complaint or file an amended motion pursuant to Fed. R. Civ. P. 12.

DATED THIS   25th   day of  August  , 2008.

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
Circuit Court Judge