IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01145-DME-KMT
(Consolidated with Case No. 07-cv-02170)

GENERAL STEEL DOMESTIC SALES, L.L.C.,
d/b/a GENERAL STEEL CORPORATION, a
Colorado limited liability company,

Plaintiff,
v.

DENVER/BOULDER BETTER BUSINESS
BUREAU, a business membership organization, *et al*.,

Defendants.

**ORDER GRANTING MOTION BY BBB DEFENDANTS FOR
EXPANDED PAGE LIMIT FOR BRIEFS IN SUPPORT OF THEIR
MOTIONS TO DISMISS**

UPON A MOTION of the BBB Defendants, and for good cause shown;

IT IS ORDERED that the motion is GRANTED and that the BBB may have up to twenty-five (25) pages, excluding caption page, table of contents, table of authorities, and certificate of service, for their briefs in support of their motions to dismiss the Second Amended Complaint as to them.

DONE AND SIGNED this 19th of September, 2008.

BY THE COURT:

*s/ David M. Ebel*
_____
United States Circuit Court Judge