IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01145-DME-KMT


GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a GENERAL STEEL CORPORATION, a Colorado Limited Liability Company,

      Plaintiff,

v.

STEELWISE, LLC, a Colorado limited liability company,
HAROLD G. DONAHUE, individually,
TIMOTHY MCKENNA, individually,
DANA BEERS, individually,
SUE BEERS, individually, and
KIRK JARVIS, individually,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Defendants' "Unopposed Motion by BBB Defendants to Modify Scheduling Order" (#156, filed September 18, 2008) is GRANTED. The parties shall designate all experts and provide opposing counsel with information specified in Federal Rule of Civil Procedure 26(a)(2) on or before December 31, 2008. The parties shall designate all rebuttal experts and provide opposing counsel with the information specified in Federal Rule of Civil Procedure 26(a)(2) on before February 16, 2009.

Dated: September 22, 2008