**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:07-cv-01145-DME-KMT
(Consolidated with Case No. 07-cv-02170)

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a GENERAL STEEL CORPORATION, a
Colorado limited liability company,

    Plaintiff,

v.

DENVER/BOULDER BETTER BUSINESS BUREAU,
a business membership organization, *et al,*

    Defendants.

## ORDER

    Pending before the Court is Defendants Gannett Co., Inc.'s, Chip Yost's and Adam Schrager's (collectively "9 News Defendants"'s) Emergency Motion to Stay Effect of Magistrate Judge's November 26 Order and January 5 Order [Doc. No. 259]. Having reviewed the papers before the Court, including the Magistrate Judge's Orders, this motion is hereby DENIED.

    DATED this  9th  day of January, 2009.

                                      BY THE COURT:

                                      *s/ David M. Ebel*
                                      _____
                                      U.S. Circuit Court Judge