IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01145-DME-KMT

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a GENERAL STEEL CORPORATION, a Colorado Limited Liability Company,

    Plaintiff,

v.

STEELWISE, LLC, a Colorado limited liability company,
HAROLD G. DONAHUE, individually,
DANA BEERS, individually,
SUE BEERS, individually, and
KIRK JARVIS, individually,
ADAM SCHRAGER, individually,

    Defendants,

and

GETA ASFAW, an individual
BOWEN BANBURY, an individual
DARREL BROWN, an individual
TOTI CADAVID, an individual
JANICE CAMPBELL, an individual
JOE CONRAD, an individual
COUNCIL OF BETTER BUSINESS BUREAUS, INC., a Delaware corporation,
DENVER BOULDER BETTER BUSINESS BUREAU, a business membership organization,
LARRY DUDMAN, an individual
HOPE MARIE DUNLAVEY, an individual
MATTHEW FEHLING,
GANNETT, CO., INC.,
BARBARA GRIMM, an individual,
BRECKENRIDGE GROVER, an individual,
JEAN HERMANN, an individual,
KENNETH J. HUNTER, an individual,
MARK JOHNSON, an individual,

JERALD KAISER, an individual,
TONY KING, an individual,
DONLEE LANE, an individual,
TAMELA LEE, an individual,
JEFF METZ, an individual,
ROB NAISH, an individual,
DEAN PISCIOTTA, an individual,
MARK RENN, an individual,
CRAIG REYNOLDS, an individual,
JON ROBINSON, an individual,
CARRIE KING ROSSMAN, an individual,
STEVEN SALTER, an individual,
BILL STEVENSON, an individual,
JOE TOSCANO, an individual,
CHIP YOST, an individual,

   Consolidated Defendants.

## **MINUTE ORDER**

### **ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants Dana Beers', Sue Beers' and Kirk Jarvis' Unopposed Motion to Vacate Motion Hearing Set for March 10, 2009 and Reset Motion Hearing for March 6, 2009" (#293, filed February 5, 2009) is GRANTED. The Motions Hearing is reset for March 6, 2009 at 8:30 a.m.

"Defendants Dana Beers', Sue Beers' and Kirk Jarvis' Unopposed Motion to Join the BBB Defendants' Second Request for Production of Documents to Plaintiff" (#294, filed February 5, 2009) is GRANTED. The court grants leave to Defendants Dana Beers', Sue Beers' and Kirk Jarvis' to Join the BBB Defendants' Second Request for Production of Documents to Plaintiff.

Dated: February 9, 2009