IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter: Terri Lindblom | Date: February 26, 2009 |

_____

| | |
|---|---|
| Civil Case No. 07-cv-01145-DME-KMT<br>(Consolidated with Case No. 07-cv-02170) | Counsel: |
| GENERAL STEEL DOMESTIC SALES, LLC,<br>d/b/a GENERAL STEEL CORPORATION, a<br>Colorado limited liability company, | R. Daniel Scheid<br>Daniel M. Reilly<br>Kent Modesitt |
| Plaintiff,<br>v. | |
| STEELWISE, LLC, et al.,<br>and<br>DENVER BOULDER BETTER BUSINESS<br>BUREAU, et al.,<br>Defendants. | Paul Grant<br>Jeff Roberts<br>Thomas Kelley<br>Steven Zansberg<br>Patrick Carrigan<br>Holli Hartman<br>Marc Flink |

_____

COURTROOM MINUTES
_____

HEARING ON MOTIONS

08:38 a.m. Court in Session

Appearances

Discussion concerning Defendant Steelwise

Steelwise as a corporation is not represented at this time.

*Motion to Strike Immaterial and Impertinent Portions of the Second Amended Complaint on Behalf of the BBB Defendants*:

1

08:44  Argument by Mr. Kelley

09:00  Argument by Mr. Scheid

*Motions to Dismiss:*

09:07 Argument by Mr. Zansberg

09:23 Argument by Mr. Carrigan

09:28  Argument by Mr. Grant

09:44  Argument by Mr. Flink

10:00  Argument by Mr. Scheid

ORDERED:   Motions taken under advisement.

10:39 a.m.    Court in Recess
              Hearing concluded
              Time: 2/01